## BRANTLEY v. PHILLIPS

No. 451P95

Case below: 120 N.C.App. 407

Petition by Attorney General for defendants for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## BURTON-JUNIOR.v. BURTON

No. 7P96

Case below: 121 N.C.App. 219

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## CANNON v. CITY OF DURHAM

No. 510P95

Case below: 120 N.C.App. 612

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## CARRIER v. STARNES

No. 520P95

Case below: 120 N.C.App. 513

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## CORNELIUS v. HELMS

No. 430P95

Case below: 120 N.C.App. 172

Petition by defendants (Helms and Parham, Helms and Kellam) for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996. Motion by plaintiffs to dismiss petition for discretionary review dismissed as moot 8 February 1996.